**Order entered September 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00187-CR**

**MILVIO SALGUERO-GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80804-2020**

**ORDER**

Before the Court is appellant's September 24, 2021 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before October 25, 2021. If appellant's brief is not filed by that date, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/    LANA MYERS
        JUSTICE